FILED 12 DEC '18 16:35 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:18-cr-606-MC |
| v. | INDICTMENT |
| RONALD ALLEN BRANDBERG, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Possession of Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii))**

On or about August 11, 2018, in the District of Oregon, defendant **RONALD ALLEN BRANDBERG** did unlawfully and knowingly possess with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
PAMELA PAASO
Assistant United States Attorney